No. 71–5535. MITCHELL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 71–5540. REED v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 71–5544. ALLEN v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5545. COLLINS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–5570. DiMAGGIO v. PRUDENTIAL SAVINGS & LOAN ASSN. Sup. Ct. Wis. Certiorari denied.

No. 71–5583. SMITH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 71–5605. COSCO v. MEACHAM, WARDEN. Sup. Ct. Wyo. Certiorari denied.

No. 71–5815. DUNNINGS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5817. BURNS v. COLUMBIA PICTURES INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–5822. BASKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5823. GREEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–5824. BURTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5825. JOYNER v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 71–5826. JOHNSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.